IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Everett R. Fortier,<br><br>                     Petitioner,<br><br>v.<br><br>Michael C. Fortier,<br><br>                     Respondent. | C/A No. 4:25-cv-9220-JFA-TER<br><br>**ORDER** |

      This action was previously dismissed for frivolity. (ECF No. 11). Upon review of prior filings, it appeared to the court that this lawsuit was filed, not by named Petitioner, Everett Fortier, but most likely by his mother, Margaret Fortier, from whom he is estranged. *Id.* Since that time, Margaret Fortier has attempted to file additional documents and appeal this court's dispositive order. Because Margaret Fortier is not a party to this action and is not an attorney licensed to practice in this District, she is not allowed to file materials, including a notice of appeal. If Margaret Fortier has claims she wishes to assert on her own behalf, she may do by initiating a separate action. However, she may not continue to pursue any claim in this lawsuit. Accordingly, the clerk of court is ordered to return any materials Margaret Fortier has attempted to file along with any funds paid in pursuit of an appeal.[1] The clerk is instructed to include a copy of this order along with those materials.

---

[1] The court is informed that Margaret Fortier has paid $605.00 in conjunction with a putative notice of appeal as noted by Receipt Number 200021132. The clerk of court is ordered to refund this payment to Margaret Fortier.

      Margaret Fortier is advised that she should not attempt to file any other materials in this action and any future filings she attempts to make will be returned without docketing. IT IS SO ORDERED.

September 23, 2025                                        Joseph F. Anderson, Jr.
Columbia, South Carolina                       United States District Judge